Emma L. Mediak
Luc L. Brodhead
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT 59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
elmediak@garlington.com
llbrodhead@garlington.com

Attorneys for BNSF Railway Co.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JACKSON WELLS as Personal Representative for the Estate of THOMAS E. WELLS, deceased and JUDITH HEMPHILL as Personal Representative for the estate of JOYCE H. WALDER, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY CO. a Delaware corporation and John Does 1-8,<br><br>Defendant. | CV-25-30-GF-JTJ<br><br><br>BNSF RAILWAY COMPANY'S RULE 12(B)(6) MOTION TO DISMISS |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants BNSF Railway Co. ("BNSF") moves to dismiss the Complaint (Doc.

1

1). This motion is supported by a brief in support and declaration filed contemporaneously herewith.

DATED this 25th day of August, 2025.

/s/ Emma L. Mediak
Attorneys for BNSF Railway Co.