IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS  DIVISION

| | |
|---|---|
| JACKSON WELLS as Personal Representative for the Estate of THOMAS E. WELLS, deceased and JUDITH HEMPHILL as Personal Representative for the estate of JOYCE H. WALDER, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY CO. a Delaware corporation and John Does 1-8,<br><br>Defendant. | CV-25-30-GF-BMM<br><br><br>**ORDER** |

Defendant has moved for an order allowing Joshua Wesneski and Andrew S. Tulumello (Pro Hac Counsel) to appear *pro hac vice* in this case with Emma Mediak, designated as local counsel. (Docs. 26 and 27.) The applications of Pro Hac Counsel to appear to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Defendant's motions to allow Pro Hac Counsel to appear before this Court (Docs. 26 and 27) are GRANTED, subject to the following conditions:

1.    Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.   Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3.  Pro Hac Counsel must each do their own work.  Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4.  The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5.    Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.    Admission is personal to Pro Hac Counsel, not the law firm they work for.

7.    Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set

-2-

forth above.

DATED this 28th day of April 2026.


_____
Brian Morris, Chief District Judge
United States District Courts